USDC SCAN INDEX SHEET










ELC    6/29/99    14:49
2:99-M -08625    USA V. GALLARDO
*1*
*CRCMP.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff ) | Magistrate Court No. 99 mg 8625 |
| ) | |
| V. ) | COMPLAINT FOR VIOLATION OF: |
| ) | |
| Alfredo Arnoldo GALLARDO- ) | Title 8, U.S.C., Section 1326 |
| A70 955 805 ) | Deported Alien Found In the United |
| Citizen of El Salvador ) | States (Felony) |
| Age 24 ) | |
| Defendant ) | |

The undersigned complainant, being duly sworn, states:

That on or about **February 20, 1999**, defendant, **Alfredo Arnoldo GALLARDO-**, an alien, was arrested and deported from the United States to **El Salvador** through the port of **El Paso, Texas**, in pursuance of law, and thereafter, on or about **June 27, 1999**, defendant was found in Imperial County within the Southern District of California, the Attorney General of the United States not therefore having consented to reapplication by the defendant for admission into the United States, a felony; in violation of Title 8, United States Code, Section 1326.

The complainant states that this complaint is based on the attached statement of facts which is incorporated herein by reference.

Raul Anaya
Senior Border Patrol Agent

SWORN AND SUBSCRIBED TO before me on **June 28, 1999**.

Joseph Schmitt

**UNITED STATES MAGISTRATE JUDGE**

(1)

| | |
|---|---|
| 1 | UNITED STATES OF AMERICA |
| 2 | V. |
| 3 | Alfredo Arnoldo GALLARDO- A70 955 805 |

**STATEMENT OF FACTS**

The complainant states that this complaint is based upon the statements of the apprehending officer(s) that the Defendant was found and arrested on or about **June 27, 1999,** near **Holtville, California**, and upon inquiry was unable to establish United States citizenship, had no identification on his person, and admitted to apprehending officers that he was a citizen of **El Salvador**, and had no right to be in or to enter the United States. It was determined that on or about **February 20, 1999**, the defendant had been deported from the United States to **El Salvador** through the Port of **El Paso, Texas**, and subsequently re-entered the United States, on or about **June 27, 1999**, near **Calexico, California**, without the Attorney General of the United States having consented to reapplication by the defendant for admission into the United States.