USDC SCAN INDEX SHEET










```
MEG    8/3/99    9:57
2:99-M -08625    USA V. GALLARDO
*6*
*CRO.*
```

```
                    FILED

                  99 JUL 26 PM 12:35

                  CLERK, U.S. DISTRICT COURT
                  SOUTHERN DISTRICT OF CALIFORNIA

                  BY: [signature]    DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate No. 99MG8625 |
| Plaintiff, | |
| v. | MOTION AND ORDER TO DISMISS COMPLAINT |
| ALFREDO ARNOLDO GALLARDO, | |
| Defendant. | |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Gregory A. Vega, United States Attorney, and Sherri W. Hobson, Assistant United States Attorney, and hereby moves this Court to dismiss the complaint filed in the above-captioned case without prejudice in the interest of justice.

DATED: 7/21/99.

Respectfully submitted,

GREGORY A. VEGA
United States Attorney

[signature]

SHERRI W. HOBSON
Assistant U.S. Attorney

6

O R D E R

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the complaint in the above-captioned case is dismissed without prejudice.

IT IS FURTHER ORDERED that the bond be exonerated, any warrant issued in this case be recalled, and that the preliminary hearing set for July 27, 1999, be vacated.

DATED: _____.

HON. JAMES F. STIVEN
UNITED STATES MAGISTRATE JUDGE

2

FILED

99 JUL 26 PM 12: 35

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate No. 99MG8625 |
| Plaintiff, | |
| v. | MOTION AND ORDER TO DISMISS COMPLAINT |
| ALFREDO ARNOLDO GALLARDO, | |
| Defendant. | |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Gregory A. Vega, United States Attorney, and Sherri W. Hobson, Assistant United States Attorney, and hereby moves this Court to dismiss the complaint filed in the above-captioned case without prejudice in the interest of justice.

DATED: 7/21/99

Respectfully submitted,

GREGORY A. VEGA
United States Attorney

SHERRI W. HOBSON
Assistant U.S. Attorney

O R D E R

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the complaint in the above-captioned case is dismissed without prejudice.

IT IS FURTHER ORDERED that the bond be exonerated, any warrant issued in this case be recalled, and that the preliminary hearing set for July 27, 1999, be vacated.

DATED: 7-13-99

HON. JAMES F. STIVEN
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER |
| vs | ) | ABSTRACT OF ORDER |
| | ) | Booking No. |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of ____ the Court entered the following order:

____ ✓ Defendant be released from custody.

____ Defendant placed on supervised / unsupervised probation / supervised release.

____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

____ Defendant released on $ _____ bond posted.

____ Defendant appeared in Court. FINGERPRINT & RELEASE.

____ Defendant remanded and ( ____ bond) ( ____ bond on appeal) exonerated.

____ Defendant sentenced to TIME SERVED, supervised release for ____ years.

____ c.c. judgment Court of Appeals ( ____ affirming) ( ____ reversing) decision of this Court:

____ dismissing appeal filed.

____ Bench Warrant Recalled.

____ Defendant forfeited collateral.

____ ✓ Case Dismissed.

____ Defendant to be released to Pretrial Services for electronic monitoring.

____ Other. ____

UNITED STATES MAGISTRATE JUDGE

OR

Received ____
DUSM

ROBERTA WESTDAL     Clerk
by

Deputy Clerk

Crim-9    (Rev 6-95)                                  ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY